

# UNITED STATES DISTRICT COURT
## District of Minnesota

| | | | |
|---|---|---|---|
| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN  55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | Edward J. Devitt U.S. Courthouse and Federal Building 118 South Mill Street Suite 212 Fergus Falls, MN  56537 (218) 739-5758 |

June 18, 2014

Geri Smith, Clerk
John F. Seiberling Federal
  Building and
  United States Courthouse
Two South Main Street, Room 568
Akron, OH 44308

Re: Robert Welch
Our Case Number: CR 14-196 PJS
Your Case Number: 5:09CR00322-01

Dear Clerk:

**Transfer In**

☒ Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of

Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for only this defendant.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

s/Jenny Dunbar Fannemel

Jenny Dunbar Fannemel, Deputy Clerk

Cc:  Tracy Perzel, Assistant U.S. Attorney
      Federal Defender's Office
      Randell Nikula, Probation Officer Add City here (All except Rule 5)
      Financial Litigation Unit (Final & Transfer In)
      Financial Services Department (Final & Transfer In)
      File CR 14-196 PJS